OPINION — AG — IF THE FEES OF A COUNTY REGISTRAR COMPENSATED UNDER THE PROVISIONS OF 26 O.S.H. 73 ARE LESS THAN $100.00 DURING ANY FISCAL YEAR, SAID REGISTRAR IS ENTITLED TO BE PAID ADDITIONAL COMPENSATION SUFFICIENT WITH SAID FEES TO EQUAL $100.00 FOR SAID FISCAL YEAR, REGARDLESS OF WHETHER OR NOT ANY PRIMARY OR REGULAR STATE WIDE ELECTION IS HELD DURING SUCH FISCAL YEAR. CITE: 26 O.S.H. 73 (RICHARD HUFF)